RECEIVED
JAN 3 0 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

c

| | |
|---|---|
| JESSE DAVID CHRISTIAN, Plaintiff | CIVIL ACTION NO. 1:15-CV-0495; SEC. P |
| VERSUS | CHIEF JUDGE DRELL |
| SGT. ANDERSON, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion for Partial Summary Judgment (Doc. 36) is GRANTED, and that Plaintiff's claims against Defendant Marr are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of January, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT